IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARSHA BAILOR**                                                                 **PLAINTIFF**

V.                        4:11CV00659 JMM

**YANCY TOLLETT, BOTH PERSONALLY
AND IN HIS OFFICIAL CAPACITY
AS A POLICE OFFICER FOR THE
NORTH LITTLE ROCK POLICE
DEPARTMENT, THE CITY OF NORTH
LITTLE ROCK, ARKANSAS; and
JOHN DOES 1-10**                                         **DEFENDANTS**

## ORDER OF DISMISSAL

The Court has been notified by the parties that this action has been settled.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice. The Court retains complete jurisdiction until January 14, 2012, to rule on subsequent motions and to vacate this order to enforce the settlement agreement if the parties do not perform as required under the agreement and further litigation is necessary. The parties may also file any stipulation or settlement agreement within the above stated time.

IT IS FURTHER ORDERED that the motion pending at this time (docket # 7) is granted. The Rule 26(f) deadlines are terminated. The trial set for July 23, 2012 is cancelled.

Dated this 14th day of December, 2011.

                                                              James M. Moody
                                                              United States District Judge